UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas J. Schaeppi,

Plaintiff,

v.

Webb Business Promotions, Incorporated,

Defendant.

Civil Action No. 01-CV-417 JMR/FLN

---

**ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

The parties having requested an extension of time for Defendant to answer, move or otherwise plead in response to the Complaint, IT IS HEREBY ORDERED THAT Defendant's deadline to answer, move or otherwise plead is extended to April 12, 2001.

Dated: March 23, 01

Franklin L. Noel
Magistrate Judge

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas J. Schaeppi,

Plaintiff,

v.

Webb Business Promotions, Incorporated,

Defendant.

---

Civil Action No. 01-CV-417 JMR/FLN

**STIPULATED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

The Complaint in the above-identified matter was served on Defendant, Webb Business Promotions, Incorporated ("Webb"), on March 9, 2001, making Webb's Answer due on March 29, 2001. The parties hereby request that Webb be given a two-week extension of time to answer, move or otherwise plead in response to the Complaint, i.e., up to and including April 12, 2001.

THOMAS J. SCHAEPPI
by his Attorneys

Dated: March 19, 2001

Alan M. Anderson

Alan M. Anderson (149500)
Sharna A. Wahlgren (241581)
LARKIN, HOFFMAN, DALY &
LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
(952) 835-3800

WEBB BUSINESS PROMOTIONS, INCORPORATED
By its Attorneys

Dated: March 15, 2001

J. Derek Vandenburgh (224145)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
(612) 332-5300