24455

# UNITED STATES DISTRICT COURT
## District of Minnesota

**Case Number: 01-CV-417 JMR/FLN**

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, J. Derek Vandenburgh, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Richard J. Holzer, Jr., an attorney admitted to practice in the District of Colorado, but not admitted to the bar of this court, who will be counsel for the ☐ plaintiff ☒ defendant Webb Business Promotions, Incorporated in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s), and that I accept service of all papers served.

May 22, 2001 (Date)

[signature] (Signature)

Minnesota Attorney License Number: 224,145

Law Firm: Merchant & Gould, P.C.
Suite/Bldg: 3200 IDS Center
Street Address: 80 South 8th Street
City State Zip: Minneapolis, MN 55402
Telephone: (612) 332-5300

### Affidavit of Proposed Admittee

I, Richard J. Holzer, Jr., am currently a member in good standing of the U.S. District Court for the District of Colorado, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-CV-417 JMR/FLN    Judge Assigned: James M. Rosenbaum

Case Title: Thomas J. Schaeppi v. Webb Business Promotions, Incorporated

May 15, 2001 (Date)    Richard J. Holzer, Jr. (Type/Print Name)    [signature] (Signature)

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 (Social Security No.)    029382 (Atty. License No.)    May 18, 1998 (Date of Admission)

Law Firm: Merchant & Gould, P.C.
Suite/Bldg: Independence Plaza, Suite 1400
Street Address: 1050 17th Street
City State Zip: Denver, CO 80265-0100
Telephone: (303) 357-1670

Motion Granted:
For the Court,    [signature] Francis E. Dosal, Clerk    MAY 24 2001 Date

FILED MAY 24 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____