UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas J. Schaeppi,

Plaintiff,

v.

Webb Business Promotions, Inc.,

Defendant.

Civil No. 01-417 (JMR/FLN)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

The parties, by their respective undersigned counsel of record, hereby stipulate to the execution and entry of the following Order for Dismissal with Prejudice.

Dated: September 11, 2001.

Alan M. Anderson (149500)
Sharna A. Wahlgren (241581)
LARKIN, HOFFMAN, DALY & LINDGREN, LTD.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1128
(952) 835-3800

Attorneys for Plaintiff Thomas J. Schaeppi

Dated: September 12, 2001.

J. Derek Vandenburgh (224145)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eight Street
Minneapolis, Minnesota 55402
(612) 332-5300

Attorneys for Defendant Webb Business Promotions, Inc.

FILED
RICHARD D. SLETTEN, CLERK
SEP 14 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**ORDER**

Pursuant to the foregoing Stipulation of the parties and Rule 41 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits in its entirety without costs to any party.

Dated: September 14, 2001

James M. Rosenbaum
United States District Judge

::ODMA\PCDOCS\LIB1\703548\1